JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHARMAN DIVONO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLPOINT, INC., ANTHEM, INC., ANTHEM COMPANIES, INC., and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: CV 18-5598-DMG (JEMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [34]** |

Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety with each party to bear her/its own respective costs and fees.

**IT IS SO ORDERED.**

DATED: May 6, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE